IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-358 |
| | § | JUDGE MAZZANT |
| NEERAJ JINDAL (1) | § | |
| JOHN RODGERS (2) | § | |
| | § | |

**ORDER GRANTING UNITED STATES' MOTIONS *IN LIMINE*** 

Upon consideration of the United States' Omnibus Motions *in Limine* (Dkt. #75), and for good cause having been shown therefore, it is hereby

**ORDERED** as follows:

1. To Admit Evidence and Argument About Integrity's Sale.  **GRANTED**
2. To Exclude Evidence and Argument About Procompetitive Justifications.  **GRANTED**
3. To Exclude Evidence and Argument About Lack of Anticompetitive Effect or Lack of Harm. **DENIED**
4. To Exclude Evidence and Argument that Price Fixing Is Distinct from Wage Fixing.  **GRANTED**
5. To Exclude Evidence and Argument About a Lack of Specific Intent.  **GRANTED**
6. To Exclude Evidence and Argument About Ignorance of Law.  **GRANTED AS AGREED**
7. To Exclude Evidence and Argument that the Defendants' Conduct Was "Business as Usual."  **GRANTED AS AGREED.**
8. To Exclude Evidence and Argument About Alleged Non-Prosecution Agreement.  **GRANTED AS AGREED.**
9. To Exclude Improper Character Evidence.  **UNDER ADVISEMENT**
10. To Exclude Evidence and Argument About Defendant Jindal's Civil Settlement with the Texas Attorney General's Office.  **GRANT IN PART not to disprove validity; DENY in part - need to approach**
11. To Exclude Evidence of Defendant Jindal's Civil Settlement with the FTC.  **GRANT IN PART not to disprove validity; DENY in part - need to approach**
12. To Exclude Evidence and Argument About Charging Decisions.  **GRANTED (but denied as to cross examination)**
13. To Exclude Evidence and Argument About Potential Penalties.  **GRANTED as to Defendant, but deny as to cross examination**
14. To Preclude Use of Law Enforcement Reports as Impeachment.  **GRANTED except can use to refresh witness)**

15. To Exclude Hearsay Statements of Defendants or Others.   **DENIED**
16. To Exclude Commentary Regarding Discovery for Judicial Notice of Facts About the FTC   **GRANTED**
17. Motion for Judicial Notice of Facts About the FTC.  **GRANTED AS AGREED**

**IT IS SO ORDERED.**

**SIGNED this 4th day of April, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE